| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Rondle Johnson, Jr |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 22-11717 |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 9 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 10/27/2022 Plan Objection | (3) | $ 550.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 10/27/2022 Proof Of Claim/ 410A Prep | (5) | $ 1,000.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2  Notice of Postpetition Mortgage Fees, Expenses, and Charges  page 1

Debtor 1  Rondle Johnson, Jr    Case number (if known) 22-11717
         First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons                        Date 02 / 02 / 2023
   Signature

Print:  Molly Slutsky Simons                      Title  Attorney for Creditor
        First Name  Middle Name  Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
         Number   Street
         Loveland, OH 45140
         City              State    ZIP Code

Contact phone ( 513 ) 444 – 4100              Email bankruptcy@sottileandbarile.com

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com

# SOTTILE & BARILE
## ATTORNEYS AT LAW

# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

INVOICE #
DATE 10/26/2022

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Johnson, Rondle Jr - ▮▮▮ - Hourly Litigation ▮▮▮ | 1 | 2,700.00 | 2,700.00 |

**BALANCE DUE** $2,700.00



**Sottile & Barile, Attorneys at Law**
394 Wards Corner Rd.
Suite 180
Loveland, Ohio 45140
United States
513.444.4100

Sottile & Barile, Attorneys at Law

**SN Servicing Servicing**

Balance     $2,700.00
Invoice #
Invoice Date     October 26, 2022
Payment Terms
Due Date

---

**ILB2210008 - Johnson, Rondle Jr. (HOURLY - MTD - Obj to Mtn to Ext - Plan Obj) 22-11717 -**

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 10/25/2022 | JL | Work on Case | research and preparation of motion to dismiss with request for 180 day bar, and research and preparation of objection to motion to extend stay | $300.00 | 9.0 | $2,700.00 |
| | | | | Totals: | 9.0 | $2,700.00 |

| | |
|---|---|
| Time Entry Sub-Total: | $2,700.00 |
| Sub-Total: | $2,700.00 |
| Total: | $2,700.00 |
| Amount Paid: | $0.00 |
| **Balance Due:** | **$2,700.00** |

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# SOTTILE & BARILE
## ATTORNEYS AT LAW

# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

DATE 10/27/2022

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Johnson, Rondle Jr - ▮▮▮ / Plan Objection ▮▮▮ | 1 | 550.00 | 550.00 |

BALANCE DUE  $550.00

GL #515000
OK to pay
MJ

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com

# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

DATE 10/27/2022

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Johnson, Rondle - ▪▪▪▪▪ Proof of Claim ▪▪▪▪▪ | 1 | 750.00 | 750.00 |
| Johnson, Rondle - ▪▪▪▪▪ 410A Prep - ▪▪▪▪▪ | 1 | 250.00 | 250.00 |

| | |
|---|---|
| BALANCE DUE | **$1,000.00** |



Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com

# SOTTILE & BARILE
ATTORNEYS AT LAW

# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

**INVOICE #**
**DATE** 10/31/2022

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Johnson, Rondle Jr. )Hourly Litigation | 1 | 900.00 | 900.00 |

BALANCE DUE  **$900.00**



**Sottile & Barile, Attorneys at Law**
394 Wards Corner Rd.
Suite 180
Loveland, Ohio 45140
United States
513.444.4100

Sottile & Barile, Attorneys at Law

**SN Servicing Servicing**

| | |
|---|---|
| Balance | $900.00 |
| Invoice # | ▇▇▇▇ |
| Invoice Date | October 31, 2022 |
| Payment Terms | |
| Due Date | |

---

## ILB2210008 - Johnson, Rondle Jr. (HOURLY - MTD - Obj to Mtn to Ext - Plan Obj) 22-11717 -

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 10/28/2022 | JL | Work on Case | preparation for and attendance at trial | $300.00 | 3.0 | $900.00 |
| | | | | Totals: | 3.0 | $900.00 |

| | |
|---|---|
| Time Entry Sub-Total: | $900.00 |
| **Sub-Total:** | $900.00 |
| **Total:** | $900.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$900.00** |

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

**INVOICE #**
**DATE** 12/21/2022

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Johnson. Rondle Jr. -Hourly Litigation | 1 | 600.00 | 600.00 |

BALANCE DUE $600.00



**Sottile & Barile, Attorneys at Law**
394 Wards Corner Rd.
Suite 180
Loveland, Ohio 45140
United States
513.444.4100

Sottile & Barile, Attorneys at Law

**SN Servicing Servicing**

| | |
|---|---|
| **Balance** | $600.00 |
| **Invoice #** | ▮▮▮▮ |
| **Invoice Date** | December 21, 2022 |
| **Payment Terms** | |
| **Due Date** | |

---

### ILB2210008 - Johnson, Rondle Jr. (HOURLY - MTD - Obj to Mtn to Ext - Plan Obj) 22-11717 - MPoff

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 12/16/2022 | JL | Work on Case | negotiation and preparation of agreed order | $300.00 | 2.0 | $600.00 |
| | | | | Totals: | 2.0 | $600.00 |

| | |
|---|---|
| Time Entry Sub-Total: | $600.00 |
| **Sub-Total:** | $600.00 |
| **Total:** | $600.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$600.00** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 22-11717 |
| Rondle Johnson, Jr | Chapter 13 |
| Debtor. | Hon. Judge LaShonda A. Hunt |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted above below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on February 2, 2023, before the hour of 5:00 p.m.

Daniel J Winter, Debtor's Counsel
djw@dwinterlaw.com

Glenn B Stearns, Trustee
Stearns_g@lisle13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Rondle Johnson, Jr, Debtor
4155 W Pauling Road
Monee, IL 60449

Dated: February 2, 2023

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor